IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) | CIVIL ACTION NO. |
| HOLT, McDUFFEE & RAMSEY, L.L.C.; BARRY R. HOLT; JAQUES JARRY; and VICKI LAWRENSON, ) ) ) ) ) | 2:20-cv-00108-ECM |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action, Philadelphia Indemnity Insurance Company, Holt, McDuffee & Ramsey, L.L.C., Barry R. Holt, Jaques Jarry, and Vicki Lawrenson, by and through the undersigned counsel, hereby jointly stipulate to and request that this Court dismiss this action with prejudice, including all claims and counterclaims, with costs taxed as paid.

Respectfully submitted this 23 day of April, 2021.

/s/ Scott M. Salter
Scott M. Salter (ASB-7168-R57S)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Email: ssalter@starneslaw.com
*Attorney for Plaintiff*

{B4004188}

/s/ Kendrick E. Webb
_____
Kendrick E. Webb
WEBB McNEIL WALKER, PC
Post Office Box 240909
Montgomery, Alabama 36124
T: (334) 262-1850
kwebb@wmwfirm.com
*Attorney for Defendants,*
*Holt, McDuffee & Ramsey, LLC and Barry R. Holt*

/s/ Horace Earl Nix, Jr.
Horace Earl Nix, Jr.
H.E. NIX, ATTORNEY AT LAW
P. O. Box 241892
Montgomery, AL 36124
T: (334) 279-7770
cnix@nixattorney.com
*Attorney for Jaques Jarry
and Vicki Lawrenson*

3

{B4004188}