IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-108-ECM ) |
| HOLT, MCDUFFY, AND RAMSEY, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal, (doc. 40), filed on April 23, 2021, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 26th day of April, 2021.

/s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE